| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| *versus* | § CRIMINAL ACTION NO. 4:11-CR-110 |
| | § |
| MICHAEL J. KLEIN | § |

## MEMORANDUM AND ORDER

Pending before the court is Defendant Michael J. Klein's ("Klein") *pro se* Letter Motion (#45), wherein he requests the court to order that the Government temporarily cease garnishing his Social Security Administration ("SSA") benefits "for a few or couple of months." On November 3, 2011, Klein pleaded guilty to bank fraud, in violation of 18 U.S.C. § 1344, and engaging in monetary transactions in property derived from unlawful activity, in violation of 18 U.S.C. § 1957. On July 2, 2012, the court sentenced Klein to two 40-month terms of imprisonment, to run concurrently, followed by two 3-year terms of supervised release, to run concurrently, and ordered him to pay a $200.00 special assessment and $971,192.00 in restitution. As part of its efforts to collect restitution, the Government garnished 15% of Klein's monthly SSA benefits and applied the garnishment to his outstanding restitution balance.[1] On April 8, 2020, Klein filed the instant motion seeking a temporary suspension of the Government's collection efforts. Unbeknown to Klein, on April 6, 2020, the United States Department of Treasury temporarily exempted all SSA benefit payments from garnishment for amounts owed to the United States in response to the Coronavirus Disease 2019. The exemption will remain in effect through

---

[1] According to the Government's Response (#48), as of June 9, 2020, Klein owes $953,442.93 in restitution.

at least September 21, 2020.   Therefore, the Government has already temporarily ceased garnishing his SSA benefits.  As such, Klein's Letter Motion (#45) is DENIED as moot.

SIGNED at Beaumont, Texas, this 9th day of June, 2020.

                                    MARCIA A. CRONE
                                UNITED STATES DISTRICT JUDGE